**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL G. STAG, L.L.C.,** | * | **CIVIL ACTION NO. 18-3425** |
| **SMITH STAG, L.L.C.,** | * | **CONSOLIDATED WITH 20-0991** |
| **AND MICHAEL G. STAG** | * | |
| | * | **SECTION: A** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE JAY C. ZAINEY** |
| **STUART H. SMITH, L.L.C.** | * | |
| **AND STUART H. SMITH** | * | **MAGISTRATE: WILKINSON** |

*This document applies only to Civil Action No. 20-0991*

**MOTION TO DISMISS FRCP 12(B)(1)**

**COMES NOW,** Cooper Law Firm, L.L.C., and moves to dismiss the complaint for declaratory judgment seeking to make it a defendant on the grounds that the court lacks subject matter jurisdiction as neither diversity of citizenship nor jurisdictional amount exist. Plaintiffs Michael G. Stag, LLC, Smith Stag, LLC and Michael G. Stag allege that diversity jurisdiction exists based on their citizenship (Louisiana) and defendants, including Cooper Law Firm, LLC (Florida). Plaintiffs allege that Barry J. Cooper, Jr. is the sole member of Cooper Law Firm, LLC. This fact is simply untrue as shown by a cursory review of the Secretary of State's website which reveals that Mr. Cooper is not the sole member. As shown by the Declaration of Mark Stein, Esq., Cooper Law Firm, LLC is domiciled and is a citizen of Louisiana as one of its members is domiciled in this parish and state.

Further, pretermitting the issue of citizenship, the amount in controversy between Cooper Law Firm, LLC and plaintiff Stag, Liuzza, LLC is substantially less than the requisite amount and no amount is in dispute between Cooper Law firm, LLC and the remaining plaintiffs, attorneys Stag and Liuzza.

For these reasons and those set forth in the attached memorandum supporting this motion, the Declaration of Mark Stein, Esq., Cooper Law Firm, LLC prays that this motion is granted and that the captioned matter be dismissed with prejudice as to it and with plaintiffs' bearing all costs.

4845-1467-5128, v. 1

Respectfully submitted,

/s/*Celeste Brustowicz*
Celeste Brustowicz (LSBA No. 16835)
COOPER LAW FIRM, L.L.C.
1525 Religious Street
New Orleans, LA  70130
Telephone: 504-399-0009
Facsimile:   504-309-6989
Email:       cbrustowicz@clfnola.com
ATTORNEY FOR DEFENDANT,
Cooper Law Firm, LLC

Certificate of Service

I hereby certify that a copy of the above and foregoing pleading was electronically filed using the CM/ECF system which will send a notice of electronic filing to all counsel of record registered in the federal CM/ECF system on this the 20th day of April, 2020.

/s/*Celeste Brustowicz*
Celeste Brustowicz

4845-1467-5128, v. 1