## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL G. STAG, L.L.C.,** | * | **CIVIL ACTION NO.  18-3425,** |
| **SMITH STAG, L.L.C.,** | * | **c/w 20-991** |
| **and MICHAEL G. STAG** | * | **(Applies to 20-991)** |
| | * | |
| **VERSUS** | * | **SECTION:  A** |
| | * | **Judge Jay C. Zainey** |
| **STUART H. SMITH, L.L.C.** | * | |
| **and STUART H. SMITH** | * | **MAGISTRATE:  2** |
| | * | **Magistrate Donna Phillips Currault** |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Stag Liuzza, L.L.C., Michael G. Stag, L.L.C., and Michael G. Stag (collectively, the "Stag Parties"), through their counsel of record, filed their Notice of Voluntary Dismissal, Without Prejudice, of Cooper Law Firm, L.L.C. on July 21, 2020, dismissing their claims in civil action no. 20-991, against Defendant, Cooper Law Firm, L.L.C.  The Stag Parties specifically reserved all rights against the remaining parties in civil action no. 20-991, including, but not limited to, Stuart H. Smith, Stuart H. Smith, L.L.C., and Barry J. Cooper, Jr.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stag Parties' claims in civil action no. 20-991, against Defendant, Cooper Law Firm, L.L.C., are hereby dismissed, without prejudice, reserving to the Stag Parties all rights against the remaining parties in civil action no. 20-991, including, but not limited to, Stuart H. Smith, Stuart H. Smith, L.L.C., and Barry J. Cooper, Jr.

New Orleans, Louisiana, this 22nd day of July, 2020.

_____

**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**