**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL G. STAG, L.L.C.,** | * | **CIVIL ACTION NO. 18-3425** |
| **SMITH STAG, L.L.C.,** | * | **c/w 20-991** |
| **AND MICHAEL G. STAG** | * | |
| | * | **SECTION: A** |
| **VERSUS** | * | |
| | * | **JUDGE JAY C. ZAINEY** |
| **STUART H. SMITH, L.L.C.** | * | |
| **AND STUART H. SMITH** | * | **MAGISTRATE: CURRAULT** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Unopposed Motion To Extend Stay,* filed by Defendants and

Plaintiffs-in-Counterclaim, Stuart H. Smith, LLC and Stuart H. Smith;

**IT IS ORDERED** that the *Motion be and is hereby* **GRANTED**; and

**IT IS FURTHER ORDERED** that the stay in the above captioned litigation be and it is

hereby extended until Monday, January 10, 2022.

IT IS FURTHER ORDERED that the Clerk of Court mark this action CLOSED for administrative reporting purposes. Either party may move to reopen the case and restore it to the trial docket once circumstances change.

11/15/21

_____
United States District Judge