**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL G. STAG, L.L.C.,** | * | **CIVIL ACTION NO. 18-3425,** |
| **SMITH STAG, L.L.C.,** | * | **c/w 20-0991** |
| **and MICHAEL G. STAG** | * | **(Applies to 18-3425)** |
| | * | |
| | * | **SECTION: A (2)** |
| **versus** | * | **Judge Jay C. Zainey** |
| | * | |
| **STUART H. SMITH, L.L.C.** | * | **MAGISTRATE: 2** |
| **And STUART H. SMITH** | * | **Magistrate Donna Phillips Currault** |
| | * | |

 * * * * * * * * * * * * * * * * * * * * * * *

## ORDER FOR JOINT DISMISSAL WITH PREJUDICE

The Court having been advised that all parties wish to dismiss this action with prejudice with each party bearing their own costs and fees.

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety with prejudice each party bears their own costs and fees.

10/6/22

_____
UNITED STATES DISTRICT JUDGE